O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST et al., | Case No. 2:24-cv-02588-ODW (SSCx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| CALIFORNIA TESTING AND INSPECTIONS, INC., | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, (ECF No. 35), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiffs and against Defendant, in accordance with this Court's Order Granting Plaintiffs' Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs damages, fees, and costs in the total amount of $300,520.48; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 15, 2024

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**